902 F.2d 1562
 United Mine Workers of America, International Union, by
Rabbit (Thomas), Dist. 4, United Mine Workers of Amer., By
Kelly (James), Local 1313, United Mine Workers of Amer., by
Dirda (Joe), Menallen Coke Co.
v.
Nobel (Max), Menallen Coke Company, United Mine Workers of
America 1974 Benefit Plan and Trust
 NO. 89-3734
 United States Court of Appeals,
Third Circuit.
 APR 09, 1990
 
 Appeal From: W.D.Pa.,
 Ziegler, J.,
 
 720 F.Supp. 1169
 
 1
 AFFIRMED.